US007848328B2

(12) **United States Patent** (10) **Patent No.: US 7,848,328 B2**
Vare et al. (45) **Date of Patent: Dec. 7, 2010**

(54) **BROADCAST CONTENT ENCAPSULATION**

(75) Inventors: **Jani Petteri Vare**, Kaarina (FI); **Harri J. Pekonen**, Raisio (FI); **Jyrki Tapio Alamaunu**, Turku (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 111 days.

(21) Appl. No.: **12/167,412**

(22) Filed: **Jul. 3, 2008**

(65) **Prior Publication Data**

US 2010/0002696 A1 Jan. 7, 2010

(51) **Int. Cl.**
*H04J 3/24* (2006.01)
(52) **U.S. Cl.** ...................................... **370/392**; 370/474
(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,970,127 | B2 * | 11/2005 | Rakib | 341/173 |
| 7,227,899 | B2 * | 6/2007 | Balakrishnan et al. | 375/240.26 |
| 7,590,991 | B2 * | 9/2009 | Arad et al. | 725/15 |
| 2004/0230695 | A1 * | 11/2004 | Anschutz et al. | 709/232 |
| 2005/0122976 | A1 * | 6/2005 | Poli et al. | 370/392 |
| 2005/0166244 | A1 | 7/2005 | Moon | |
| 2006/0062200 | A1 | 3/2006 | Wang et al. | |
| 2008/0022321 | A1 | 1/2008 | Ver Steeg et al. | |

FOREIGN PATENT DOCUMENTS

GB 2408433 5/2005

WO 0115455 3/2001

OTHER PUBLICATIONS

"Generic Stream"Generic Stream Encapsulation (GSE) Protocol, DVB Document A116 (May 2007).
Draft ETSI EN 302 755 v1.1.1 ("Digital Video Broadcasting (DVB); Frame structure channel coding and modulation for a second generation digital terrestrial television broadcasting system (DVB-T2)")(Apr. 2008).
Final Draft ETSI EN 300 468 v1.8.1 ("Digital Video Broadcasting (DVB); Specification for Service Information (SI) in DVB systems")(Oct. 2007).
ETSI EN 301 958 v1.1.1 ("Digital Video Broadcasting (DVB); Interaction channel for Digital Terrestrial Television (RCT) incorporating Multiple Access OFDM")(Mar. 2002).
ETS 300 801 ("Digital Video Broadcasting (DVB); Interaction channel through Public Switched Telecommunications Network (PSTN)/ Integrated Services Digital Networks (ISDN)")(Aug. 1997).

(Continued)

*Primary Examiner*—Steven H Nguyen
*Assistant Examiner*—Alex Skripnikov
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57) **ABSTRACT**

Components of a transmitted service delivering multiple versions of content are mapped to streams carrying data for those multiple versions. The data streams are encapsulated into User Datagram Protocol (UDP) packets; the UDP destination port fields of the packets are given component-identifying values. A user equipment (UE) receiving the transmitted service identifies desired components based on the UDP destination port field values. The UE further encapsulates desired component UDP packets into Internet Protocol (IP) packets, and may assign component-identifying values to fields of the IP packets (e.g., the IP source address and/or IP destination address).

**28 Claims, 15 Drawing Sheets**



EXHIBIT 1

**US 7,848,328 B2**

Page 2

OTHER PUBLICATIONS

Internet Engineering Task Force RFC 768 ("User Datagram Protocol")(Aug. 28, 1980).

Internet Engineering Task Force RFC 791 ("Internet Protocol")(Sep. 1981).

Internet Engineering Task Force RFC 2460 ("Internet Protocol, version 6 (IPv6)")(Dec. 1998).

EN 301 195 v1.1.1 ("Digital Video Broadcasting (DVB); Interaction channel through the Global System for Mobile communications (GSM)")(Feb. 1999).

International Search Report and Written Opinion for PCT/FI2009/050551 dated Oct. 20, 2009.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**



**FIG. 16**



**FIG. 17**



**FIG. 18**



**FIG. 19**

US 7,848,328 B2

**1**

## BROADCAST CONTENT ENCAPSULATION

### BACKGROUND

When broadcasting a specific item of content to a diverse population of wireless devices, it may be useful to broadcast, multicast and/or unicast multiple versions of that specific content. As but one example, a specific content item may be a program having audio and/or visual elements that can be encoded using any of variety of different types of coder/ decoder software (CODEC), including scalable CODECs. Because numerous different CODECs may be deployed in the population of wireless devices that may be used to receive the specific content item, it is desirable to transmit that content in such a manner so as to make separate CODEC-specific versions available. If multiple versions of the same content are to be broadcast, multicast and/or unicast, it would be useful to have some mechanism for identifying data streams corresponding to the different versions of that content.

### SUMMARY

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used as an aid in determining the scope of the claimed subject matter.

In at least some embodiments, data streams related to a specific content are mapped to components of a transmission service that delivers multiple versions of that specific content. Such content may include audio data, video data and/or other types of data, some or all of which may be any combination of real-time and non-real-time data. For example, versions of the content may vary based on a CODEC used to encode media for the content, based on transmission parameters (e.g., bit rate) for a data stream providing such media, based on a language for subtitles or other text associated with the specific content, based on other types of data associated with the content, etc. The data stream for each component is encapsulated into packets according to a communication protocol such as, e.g., User Datagram Protocol (UDP). A common field of each packet header, which in some embodiments is the UDP destination port field, is given a value identifying the corresponding component. A user equipment (UE) receiving a transmission of the service identifies desired components based on the common field values.

In some embodiments, components are also assigned identifying values according to a second communication protocol, which in some embodiments may be Internet Protocol (IP). However, data streams for each component are not encapsulated according to the second protocol. After a UE receiving a broadcast, multicast or unicast of the service identifies the first protocol packets corresponding to desired components, the UE then encapsulates the identified first protocol packets in second protocol packets and includes the assigned identifying values in the second protocol packets.

### BRIEF DESCRIPTION OF THE DRAWINGS

Some embodiments of the present invention are illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements.

FIG. **1** is a block diagram showing one example of a network environment in which at least some embodiments may be employed.

**2**

FIG. **2** is a block diagram showing a relationship between services and components.

FIG. **3** is a block diagram showing operation of a service provider.

FIG. **4** is a block diagram explaining mapping of components to services according to at least some embodiments.

FIG. **5** is a block diagram of an electronic service guide (ESG).

FIG. **6** is a block diagram showing a component mapped to multiple services and/or to services within different ESGs.

FIG. **7** shows an example of a scenario in which an ESG includes services that include components from separate service providers.

FIGS. **8-12** are block diagrams showing encapsulation and transmission of components by a service provider, as well as reception and processing by a user equipment (UE), according to at least some embodiments.

FIG. **13** is a flow chart showing signal and service discovery by a UE according to at least some embodiments.

FIGS. **14** and **15** are flow charts providing additional details of operations in FIG. **13**.

FIG. **16** is a block diagram of a UE showing various operations performed by a receiver module and by a terminal module.

FIG. **17** illustrates a more detailed example of various communication networks in which one or more embodiments may be practiced.

FIG. **18** is a more detailed block diagram of a UE according to some embodiments.

FIG. **19** is a flow chart showing operations performed by one or more computers of a service provider according to at least some embodiments.

### DETAILED DESCRIPTION

FIG. **1** is a block diagram showing one example of a communication network environment in which at least some embodiments may be employed. In the example of FIG. **1**, a network service provider **101** includes a computer **102** and transmission facilities **103** for communication of services and other data to user equipment (UE) **200**. UE **200** may be any of various types of devices, including but not limited to a handheld mobile terminal having two-way wireless communication capability, a smart phone, a personal digital assistant (PDA), etc. Further details of UE **200** and examples of other types of UEs are provided herein.

Services, as used herein, include but are not limited to broadcast, multicast and unicast communications having video and/or audio elements. One non-limiting example of such a service having video and/or audio elements is a television program. A service may include multiple associated components. Components can be used to offer multiple versions of a specific item of content being delivered by a service, and a UE receiving that service will not necessarily utilize all of those components. FIG. **2** is a block diagram showing an example of this concept. The service in the example of FIG. **2** is a specific broadcast television program called "Program Z" for purposes of illustration. Component **1**-A is an audio and video media stream for Program Z that has been encoded using a particular type of CODEC (coder/decoder). For simplicity, this is shown generically in FIG. **2** as "CODEC A." Component **1**-B is the same audio and video stream, but encoded with CODEC B. Component **1**-C is the same stream, but encoded with CODEC C. One or more of the CODECs can be a scalable CODEC. Component **2**-A is a stream of textual information, to be overlaid on the video, in a first language (English). Component **2**-B is a stream of

**3**

textual information in German, and component **2**-C is a stream of textual information in French. As explained in further detail below, each component represents a stream of data packets that are transmitted by service provider **101** in a particular physical layer pipe (PLP). In at least some embodiments, a PLP represents a particular set of time slots in one or more specific frequency sub-bands. A UE equipped with CODEC B and operated by a person watching Program Z with German text would process components **1**-B and **2**-A. A UE equipped with CODEC C and operated by a person watching the same show with French text would process components **1**-C and **2**-C.

The components shown in FIG. **2** are merely some possible examples. Numerous other types of data can be contained in service components. As but one example, audio and video could be transmitted in separate streams. Separate components could represent audio streams dubbed in different languages or combined audio and visual streams dubbed in different languages. Other types of data that could form different components associated with a service include but are not limited to higher or lower resolution versions of the same media, telemetry associated with events shown in a video broadcast, etc. As but one further illustration, a particular service may be available at a variety of bit rates so as to accommodate a hierarchical content coding scheme. This could be achieved, for example, using scalable CODECs. A baseline stream might be offered, at a low bit rate, and made available to all terminals. Higher bit rate streams offering higher audio and/or video quality could then be offered, perhaps for an increased fee. A service need not be a television program. Additional examples of services include file delivery, software programs, and other types of information that can be consumed by a multimedia-capable handheld computer or other type of UE.

Notably, and as discussed below, a component could be associated with more than one service. Several services might use the same components, even when those services are delivered by different service providers. As but one illustration, several services might offer coverage of the same sporting event. Each of those services might use the same live video feed from a stadium or other venue hosting the event, but may have different audio, subtitles, rich media, graphics and/or other types of media. Several of the services may thus be mapped to a common component for the live video feed, but be mapped to service-specific components for other media.

UE **200** includes elements that operate as a receiver module and elements that operate as a terminal module. The same physical elements may perform both receiver and terminal functions. For example, a microprocessor could simultaneously execute receiver- and terminal-related programming operations in separate threads. The UE receiver module detects components in, and extracts those components from, a received transmission, decodes and decapsulates the components, and in some embodiments re-encapsulates those components before forwarding them to the terminal module. The terminal module receives components and makes them available to one or more appropriate applications being executed by the terminal module or elsewhere. An appropriate application could be, for example, a media player. The terminal module may also forward components to other devices via a wireless local area network (WLAN) or via some other type of wired or wireless connection. The terminal module also receives and processes data that allows UE **200** to determine what services are available and to select one or more of those available services for reception. In at least some embodiments, service provider **101** transmits metadata regarding available services, which metadata is used by a UE

**4**

terminal module to generate an electronic service guide (ESG) or multiple ESGs. The ESG(s) can provide information about available services in a table and/or other format through a graphical user interface presented on a display screen of UE **200**, and may organize service information based on one or more criteria such as time, title, genre, user-defined categories, etc.

FIG. **3** is a block diagram showing an exemplary operation of a service provider **101**. Service provider **101** receives content items from various sources via the Internet, via some other packet data network and/or via some other communication medium. Examples of the received content items include but are not limited to television programs and/or other types of streaming media. Service provider **101** includes one or more computers **102** having processors, memory elements and interface elements, as is known in the art. One or more of computers **102** is programmed via software and/or firmware to operate as a service processing system **111**. Computer(s) **102** could also or alternatively be configured, in whole or in part, to operate as a service processing system through one or more application-specific integrated circuits (ASICs) or other dedicated hardware elements. Service processing system **111** may decode and/or re-encode content using multiple different CODECS, and otherwise process incoming content, so to create one or more content data streams for each received item of content. Service processing system **111** also maps data streams to components, and may map components to services. Service processing system **111** forwards the mapped content data streams to an encapsulator **112**. Encapsulator **112**, which is also physically implemented in hardware and/or programming on the one or more computers **102**, packetizes the content data streams utilizing the component mapping. As explained in more detail below, packetizing the content data includes segmenting the data streams into protocol data units (PDUs) according to a first communication protocol, which in some embodiments is a protocol at the transport layer of the open systems interconnection (OSI) model, and assigning values to data fields of those PDUs based on the mapped component.

In some embodiments, and as also described below, encapsulator **112** further performs one or more additional layers of encapsulation by placing first protocol packets or segments thereof into PDUs according to another protocol. In some embodiments, data in the data stream forwarded to the encapsulator is already encapsulated according to one or more protocols. Upon receipt of such a data stream at the encapsulator, one or more of the headers in the pre-existing encapsulation may be removed. In still other embodiments, a data stream may have pre-existing encapsulation before reaching the encapsulator, but one or more of the headers of that pre-existing encapsulation are removed before the data stream is provided to the encapsulator.

As used herein, "packet" is synonymous with "data unit" and "PDU." For example, a UDP data unit is the same as a UDP packet.

Packets output by encapsulator **112** are forwarded to modulator and transmitter **115**. To the extent not already performed by encapsulator **112**, modulator and transmitter **115** segments those packets and places them into frames used by lower level network protocols, such as, for example, OSI layer **1** and **2** protocols. In practice, this may entail several steps of encapsulating a packet according to several lower level protocols.

In at least some embodiments, encapsulator **112** places content data into User Datagram Protocol (UDP) packets. The user datagram protocol is known in the art and is described by the Internet Engineering Task Force Request for

US 7,848,328 B2

5

Comment number 768 (IETF RFC 768). The header of a UDP packet includes a "source port" field and a "destination port" field. In some embodiments, one of these fields is used to identify a service provider and the other of those fields is used to identify a component. In some such embodiments, service provider **101** assigns the source port field a value that corresponds to service provider **101**, and that may in some embodiments be globally unique across a particular transmission network. Further, service provider **101** assigns a value to the destination port field that corresponds to a particular component, which value may be unique for service provider **101**, and which distinguishes the component from other components associated with a particular service. In still other embodiments, the source port field is used to identify a component and the destination port field is used to identify a provider. In yet other embodiments, encapsulator **112** may encapsulate a UDP packet according to the Generic Stream Encapsulation (GSE) protocol, as described in document A116 (dated May 2007) published by the Digital Video Broadcasting (DVB) Project of Geneva, Switzerland.

A service is mapped to components using higher level metadata such as data within an ESG. In some cases, data for an ESG may be provided by a single service provider and only relate to services obtained from that service provider. In other cases, data for an ESG may come from multiple service providers and relate to services from those service providers. In still other cases, a UE may have access to multiple ESGs.

FIG. **19** is a flow chart showing operations performed by one or more computers **102** of service provider **101** according to at least some embodiments. Beginning in block **802**, computer(s) **102** of service provider **101** receive a specific item of content via, e.g., the Internet or other network. Next, computer(s) **102** identify and/or generate data streams relating to the specific content (block **804**). In some cases, computer(s) **102** may receive the specific item of content in the form of multiple pre-prepared data streams, for example in different languages, coded by different CODECs, etc., in which cases computer(s) **102** may simply identify those pre-prepared streams. In other cases, computer(s) **102** may generate data streams by encoding the specific content received in block **802** using different CODECs, etc. Data streams related to the content could also be created in other ways. Flow then proceeds to block **806**, where computer(s) **102** map each of the data streams to a distinct component. The mapping of block **806** may include storing and/or generating one or more component-identifying values for each component. In some embodiments, and as discussed below in connection with block **810**, these component-identifying values will be inserted into UDP destination port fields. In still other embodiments, operations of block **806** include storing and/or generating values for fields of a packet according to another protocol that will not actually be used to encapsulate content data streams prior to transmission in the transmission channel. In some embodiments, that other protocol may be IP.

Computer(s) **102** then map each component to one or more services in block **808**. As explained below, a component could be mapped to multiple services. Service-component mapping may include creation of metadata for an ESG and/or processing and/or storing such metadata received from other sources. Flow proceeds from block **808** to block **810**, where the content data streams are encapsulated. In some embodiments, the data streams are encapsulated in UDP packets and the component-identifying values inserted into the UDP destination port fields. Additional layers of encapsulation may also be performed. For example, and as discussed below, encapsulation into baseband frames may be performed. From block

6

**810**, flow proceeds to block **812**, where frames are forwarded for transmission in a transmission channel.

FIG. **4** is a block diagram explaining mapping of components to services according to at least some embodiments. ESG **300**, which is shown in FIG. **4** as a box for simplicity, includes one or more programs to track available services, to provide information about services to a user, and to retrieve components for a service selected by a user. ESG **300** further accesses one or more databases that contain information about services and that map components to services. A portion of such a database is shown in FIG. **4** as blocks **301** through **305**, which illustrate the mapping of components A, B and C to a service (block **305**). As shown by block **305**, descriptive information may be stored for each service accessible through ESG **300**. In the present example, that information includes a name, a description, a type, a genre, and a service identification number (serviceIDx). ESG **300** further includes data that maps service **305** to associated components A, B and C. Only three components are shown in FIG. **4**, but a service could be associated with more or fewer components. Each component is also identified in this example by a UDP destination port number. In some embodiments, and as is further discussed below, components may also include internet protocol (IP) source and/or destination addresses as identifiers.

Also shown in FIG. **4** is the relationship of components A, B and C to UDP packets **311**, **312** and **313** containing content data mapped to those components. As indicated above, UDP packets are created by a service provider and transmitted to a UE. Each component would be associated with a stream of UDP packets. Packet **311** is one packet in the stream associated with component A, packet **312** is one packet in the stream associated with component B, and packet **313** is one packet in the stream associated with component C. Each UDP packet in the streams for components A, B and C will have the same value ("w") in the UDP source port field, which value corresponds to the service provider offering service **305**. The destination port field of each UDP packet for component A will have the value "X", which value is used by ESG **305** to identify component A. The destination port field in each UDP packet for component B will have the value "Y" and the destination port field in each UDP packet for component C will have the value "Z," which values are used by ESG **305** to identify components B and C. If UDP packets **311**, **312** and **313** were further encapsulated within IP packets (as discussed below in connection with FIGS. **10-12**), the IP source and destination addresses for the encapsulating IP packets could also be used by ESG **305** to identify components A, B and C.

The length field in each UDP packet is the length in bytes of the packet including header, and the data octet field carries the actual user data such as audio, video, text, etc. for the component. The checksum fields contain values used to error-check the data and header in a UDP packet. The checksum field is ignored in some embodiments. In embodiments discussed below where UDP packets are encapsulated in IPv4 packets, the checksum can be calculated as set forth in IETF RFC 768. In embodiments where UDP packets are encapsulated in IPv6 packets, the checksum can be calculated as set forth in IETF RFC 2460.

A receiver module of a UE receives information that allows it determine a physical layer pipe (PLP) carrying data for a particular component. A PLP represents a particular time division multiplex slot or set of slots and/or one or more frequency sub-bands over which lower layer protocol frames carrying packets for a particular component will be received. A PLP may also or alternatively include a spread spectrum spreading code associated with a particular component. In at

7

least some embodiments, packets containing desired UDPs are mapped to PLPs according to the Next Generation Handheld (NGH) standard as defined in draft European Telecommunications Institute ("ETSI") standard EN 302 755 ("Digital Video Broadcasting (DVB); Frame structure channel coding and modulation for a second generation digital terrestrial television broadcasting system (DVB-T2)"), dated April 2008 (hereinafter, "draft ETSI EN 302 755"). A copy of draft ETSI EN 302 755 is submitted concurrently with the filing of this specification.

Because a service is a virtual construct to which components are mapped by higher level metadata in an ESG, various scenarios can be easily accommodated. As indicated above, the same component can be mapped to multiple services. For example, FIG. **5** is a block diagram of an ESG **330** provided by service provider **332** and that includes metadata for service **1** and service **2**. Components **10** and **11** are mapped to service **1**, components **20** and **21** are mapped to service **2**, and component **12** is mapped to both services **1** and **2**. Although only two services are shown in FIG. **5**, multiple other services could be included, and a component could be shared by more than two services. Indeed, and as shown in FIG. **6**, a component could be mapped to multiple services and/or to services within different ESGs. ESG **340** includes services **3** and **4**. Component xx is only mapped to service **3**, and is thus unique to service **3**. Component xy is mapped to services **3** and **4**. ESG **350** includes service **5**, to which component xw is uniquely mapped. Component xz, however, is mapped to service **4** in ESG **340** and to service **5** in ESG **350**.

FIG. **7** shows an example of a scenario in which an ESG **360** includes services that include components from separate service providers. Service **6** is associated with service provider H, identified by source port data "h" in the UDP header, and services **7** and **8** are associated with service provider J, identified correspondingly by source port data "j" in the UDP header. Component AB is mapped to service **6** and to service **7**. Component AB is associated with a virtual "third party" service provider K that may be identified by source port data "k" in the UDP header. In some embodiments, an ESG associates a component with a service based on data in the component identifying the provider of that service, e.g., based on a data value in the source port field. Implementing a virtual service provider and assigning identifying data corresponding to that virtual provider is one way to avoid a need for two source port fields or to otherwise have two pieces of provider-identifying data in the header of a component AB data packet.

FIG. **8** is a block diagram showing encapsulation and transmission of components by service provider **101**, as well as reception and processing by UE **200**, according to at least some embodiments. In the drawings showing various embodiments, the same reference numbers will be used to identify service provider **101** and UE **200** and elements thereof. It is to be appreciated, however, that differences among the various embodiments may in some cases result from variations in program instructions within elements of service provider **101** and/or of UE **200**. In the embodiment of FIG. **8**, service provider **101** receives content from any of multiple sources that are not shown in FIG. **8**. That content may be in any of various protocols, including real-time transport protocol (RTP), real-time streaming protocol (RTSP), etc. Service provider **101** may perform coding using one of multiple CODECs and/or may perform protocol conversion. Service provider **101** maps data streams to components and places component data into UDP packets. Service provider **101** maps services to components by mapping metadata for services to components that are identified by a particular combination of UDP source port and UDP destination port

8

values. Examples of such service metadata include but are not limited to type, name, genre, group, etc. Service provider **101** then further encapsulates component UDP packets into frames according to one or more lower layer protocols. In the examples of FIGS. **8** through **12**, the UDP packets are encapsulated into baseband frames ("BBFrame") according to draft ETSI EN 302 755. Notably, a baseband frame, or a lower layer frame according to some other protocol, may contain UDP packets for more than one component. For example, a BBFrame may contain UDP packets having different destination port values. The baseband frames, or the otherwise-encapsulated UDP packets, are ultimately transmitted in frames according to still lower layer protocols. In some embodiments, these lower layer protocol frames include T2 frames according to draft ETSI EN 302 755. Notably, component UDP packets in the embodiment of FIG. **8** are not encapsulated in IP packets at service provider **101**.

Receiver module **202** of UE **200** receives and demodulates the transmitted signal from service provider **101**, extracts the baseband frames from the transmission frames, decapsulates the UDP packets from the baseband frames, and makes those UDP packets available to terminal module **204**. In some embodiments discussed below, receiver module **202** may encapsulate UDP packets before providing them to terminal module **204**. Terminal module **204** processes component UDP packets for a desired service using a media player or other appropriate application. Receiver module **202** selectively retrieves UDP packets corresponding to components of a desired service selected by a user of UE **200**, and ignores packets corresponding to undesired components. As discussed above, all of the components mapped to a particular service might not be needed by a particular UE. Accordingly, terminal module **204** identifies the desired components for a selected service based, for example, on the source port and destination port values in the UDP packets, and provides information about the desired packet and service to receiver module **202**. A terminal module may in some embodiments determine desired components in response to an end user's selection, via an ESG UI, of a particular version of a specific content. For example, a user may select a particular program in a particular language and/or at a particular presentation quality.

Using the PLP mapping described above, receiver module **204** looks for and extracts baseband frames or otherwise encapsulated UDP packets from the transmission channel. Receiver module **202** then extracts the UDP packets for the desired components, forwards those packets to terminal module **204**, and disregards UDP packets corresponding to undesired components.

In some cases, terminal module **204** also communicates with service provider **101** using an interactive connection that may be established via one or more wired or wireless networks not shown in FIG. **8**, which wired/wireless network(s) may be distinct from the transmission network over which service provider **101** transmits service components. One example of such an interactive connection is a DVB interaction channel such as is described in European Telecommunication Standard (ETS) 300 801, in ETSI EN 301 958 v1.1.1, in ETSI 301 195 v1.1.1, or in other standards. Although an interactive connection may be through networks other than the transmission network of service provider **101**, UE **200** may nonetheless use some of the same hardware elements for all communications.

FIG. **9** is a block diagram showing encapsulation and transmission of components by service provider **101**, as well as reception and processing by UE **200**, according to at least some additional embodiments. FIG. **9** is similar to FIG. **8**,

**9**

except that service provider **101** encapsulates UDP packets corresponding to components in PDUs according to an additional protocol prior to encapsulation in baseband frames. In the example of FIG. **9**, that additional protocol is GSE. Receiver module **202** decapsulates the UDP packets from the baseband frames and from the GSE or other protocol packets.

In some situations, it may be useful to further encapsulate component UDP packets into Internet Protocol version 4 (IPv4) packets or into Internet Protocol version 6 (IPv6) packets. IPv4 and IPv6, which are also well known in the art, are described by IETF RFC 791 and IETC RFC 2460, respectively. Source and destination addresses in an IPv4 or IPv6 packet can similarly be used to identify a service provider and a component. For example, a UE may re-distribute data for service components in a point-to-point IP network such as a WLAN. As another example, a particular terminal module may have an IP stack implementation that requires an IP packet format. However, encapsulating service component UDP packets in IP packets at the service provider has undesirable consequences. In particular, encapsulating UDP packets within IP packets will increase the transmission overhead and reduce the amount of content data that can be transmitted in the transmission channel.

In at least some embodiments, and as shown in FIG. **10**, this is overcome by encapsulating UDP packets into IP packets at the UE receiver module. As in the embodiment of FIG. **8**, service provider **101** maps a service to components by mapping metadata for the service such as type, name, genre, group, etc. to components that are identified by a particular combination of UDP source port and UDP destination port values. Service provider **101** may also map those components to IP source and destination addresses, but does not encapsulate the UDP packets in IP packets. Service provider **101** then encapsulates the component UDP packets into baseband frames and causes those baseband frames to be transmitted. Upon receipt, receiver module **202** of UE **200** decapsulates the UDP packets from the baseband frames. Receiver module **202** then encapsulates the UDP packets into IP packets. In some embodiments, receiver module **202** acquires values for IP source and destination addresses from the service-related metadata. Although not shown in FIG. **10**, the service-related metadata, which is also used by one or more ESGs accessible in UE **200**, may be separately transmitted to receiver module **202** from service provider **101** in UDP packets corresponding to ESG data. After IP-encapsulating the component UDP packets, receiver module **202** forwards those IP packets to terminal module **204** for decapsulation and further processing.

In some embodiments, predefined IP source and destination addresses may not be needed. For example, terminal module **204** may require that service components be encapsulated within IP packets, but the ESG and/or other applications operating in terminal module **204** may identify components based on UDP source and destination ports and the component data will not be forwarded to other devices. In such a case, receiver module **202** can use any appropriate IP address. In some embodiments, a link local address of 127.0.0.1 is used in such cases. In still other embodiments, receiver module **202** encapsulates component UDP packets into packets according to some other protocol.

FIG. **11** is a block diagram of an embodiment that combines aspects of the embodiments of FIGS. **9** and **10**. As in the embodiment of FIG. **10**, service provider **101** also maps components to IP source and destination addresses, but does not encapsulate UDP packets in IP packets. As in the embodiment of FIG. **9**, service provider **101** encapsulates component UDP packets in PDUs according to another protocol such as GSE.

**10**

Service provider **101** then encapsulates the encapsulated component UDP packets into baseband frames and causes those baseband frames to be transmitted. Upon receipt, receiver module **202** of UE **200** decapsulates the UDP packets from the baseband frames and from the GSE or other protocol packets. Receiver module **202** then encapsulates the component UDP packets into IP packets. As with the embodiment of FIG. **10**, IP source and destination addresses can be obtained from separately-transmitted service metadata. If predefined IP addresses are not required, 127.0.0.1 or another appropriate generic address can be used. In some embodiments, component UDP packets could be encapsulated by receiver module **202** according to a protocol other than IP. Receiver module **202** forwards encapsulated component UDP packets to terminal module **204** for decapsulation and further processing.

FIG. **12** is a block diagram of an embodiment that is similar to the embodiment of FIG. **10**, but in which IP source and destination addresses are obtained in a slightly different manner. As in FIG. **10**, service provider **101** maps a service to components by mapping metadata for the service to components that are identified by a particular combination of UDP source port and UDP destination port values. Service provider **101** also maps those components to IP source and destination addresses without encapsulating those UDP packets in IP packets. Service provider **101** encapsulates the component UDP packets into baseband frames and causes those baseband frames to be transmitted. Upon receipt, receiver module **202** decapsulates the UDP packets from the baseband frames. Receiver module **202** then encapsulates the UDP packets into IP packets. In the embodiment of FIG. **12**, however, terminal module **204** requests that service provider **101** provide values for IP source and destination addresses to be used when encapsulating component UDP packets. Terminal module **204** makes this request through interactive communication over one or more wired or wireless networks, such as an interaction channel, that may be separate from the transmission network over which service provider **101** transmits service components. Terminal module **204** provides those IP addresses, after receipt of same from service provider **101** via the interactive communication, to receiver module **202**. Receiver module **202** then uses those IP addresses when IP-encapsulating component UDP packets.

FIG. **13** is a flow chart showing signal and service discovery by a UE according to at least some of the above-described embodiments. Beginning in block **402**, the UE receiver module searches for a signal that carries service metadata and components. In some embodiments, the receiver module looks for a signal having a predefined preamble indicative of transmissions according to an appropriate protocol and/or identifying a particular transmission network. For example, the receiver module may search for a transmission from a network operating according to the Next Generation Handheld (NGH) standard as defined in draft ETSI EN 302 755 by searching for a P1 symbol. The receiver module may also or alternatively have a list of signals which carry the desired data, and/or may have acquired a list of such signals through bi-directional communication over an interactive network. In block **404** there is a determination of whether the desired signal has been found. If the desired signal is found, flow proceeds on the "yes" branch to block **406**. Otherwise, flow returns to block **402** on the "no" branch and the search is continued.

In block **406**, the receiver module receives and decapsulates signaling data and discovers information relating to desired services. A desired service may be, e.g., a service selected by an end user of the UE via an ESG. In some

**11**

embodiments, the signaling data received in block **406** is data needed to find desired service components. Signaling data may also include information such as IP addresses that would be used to encapsulate UDP packets before forwarding those UDP packets to the terminal module. Also received and decapsulated in block **406** is information for one or more ESGs. Data for the ESG, which may include metadata about services and components mapped to those services, may also be transmitted by a service provider in UDP packets. In at least some embodiments, a UE receiver module detects ESG data based on an ESG component identification composed of a UDP source port value corresponding to a specific service provider and a UDP destination port value corresponding to an ESG bootstrap. In addition, or alternatively, the UE may receive ESG data or parts thereof through an interactive communication over another network. A UE may be preprogrammed with PLP mappings for ESG data, or may receive such mappings via a separate interactive communication channel.

From block **406** flow proceeds to block **408**, where the receiver module seeks components for desired services. If data for a desired service is not found (block **410**), flow returns on the "no" branch to block **402**. If data for a desired service is found, flow proceeds on the "yes" branch to block **412**, where data for the desired service(s) is decapsulated.

FIG. **14** is a flow chart providing additional details of operations in block **406** of FIG. **13**. In block **502**, after receiving and decapsulating ESG data packets, the receiver module discovers service-to-component mappings. In embodiments where IP addresses are used, the receiver module also discovers service-to-IP address mappings and/or component-to-IP address mappings. Relevant parameters used for mappings, and as discussed above, include IP address values, UDP port values, other types of component identifiers, and service identifiers. In block **504**, service-to-PLP mappings and component-to-PLP mappings are discovered from signaling data in baseband frames, OSI L**2** or data link layer frames, and/or in other lower layer framing. In some embodiments, the service-to-PLP mappings and component-to-PLP mappings are in L**2** data such as the DVB Program Specific Information/Service Information (PSI/SI) as described in ETSI EN 300 468, titled "Digital Video Broadcasting (DVB); Specification for Service Information (SI) in DVB systems."

FIG. **15** is a flow chart providing additional details of operations in block **412** of FIG. **13**. In block **602**, the receiver module deinterleaves and decapsulates desired baseband frames containing component data for desired services from frames of one or more lower level protocols. For example, baseband frames may be encapsulated within NGH T2 frames. The desired baseband frames are identified based on the service-to-PLP mappings and component-to-PLP mappings described above. Next, the receiver module decapsulates UDP packets from the first or next baseband frame (block **604**). In block **606**, the receiver module examines the source and destination port values in the header of a first or next of those UDP packets. If those port values do not correspond a desired component, the receiver module proceeds to block **612** on the "no" branch; block **612** is discussed below. If the port values do correspond to a desired component, the flow proceeds to block **610** on the "yes" branch, and the UDP packet is passed to the terminal module. In embodiments where the UDP packet is encapsulated in an IP packet, this encapsulation can also be performed as part of the operations of block **610**. From block **610**, flow proceeds to block **612**, where the receiver module determines if there are additional UDP packets in the current baseband frame. If so, flow returns to block **606** on the "yes" branch, where the next UDP packet

**12**

is examined. If not, flow proceeds to block **614** on the "no" branch to block. In block **614**, the receiver determines if there are any additional baseband frames for the associated transmission channel frame. If so, flow returns to block **604** on the "yes" branch, where the UDP packets in the next baseband frame are decapsulated. If not, flow proceeds to block **616** on the "no" branch. In block **616**, the receiver determines if there are additional transmission channel frames for the associated PLP. If so, flow returns to block **602** on the "yes" branch. Otherwise, flow proceeds to termination on the "no" branch.

FIG. **16** is a block diagram of UE **200** showing various operations performed by receiver module **202** and by terminal module **204**. Demultiplexer **206** extracts signals from the appropriate PLPs of the received transmission channel. Demultiplexer **206** forwards the extracted signal to decapsulator **208**, where the appropriate UDP packets are found, for example, as described in connection with blocks **606-612** of FIG. **15**, and forwarded to a service handling/reception block **210**. Service metadata is forwarded to a service discovery block **212**. Service discovery block **212** processes that metadata and forwards same to terminal module **204** for processing by one or more ESGs. Component UDP packets are forwarded by service handling and reception block **210** to terminal module **204**. If the component UDP packets are to be encapsulated in IP (or other) packets, service handling/reception block **210** performs this encapsulation prior to forwarding the component data to terminal module **204**. Receiver module **202** and terminal module **204** are implemented as one or more ASICs or other integrated circuits having instructions for performing operations as described in connection with one or more of any of the embodiments described herein. Said instructions may be software and/or firmware instructions stored in a machine-readable medium and/or may be hardcoded as a series of logic gates and/or state machine circuits in one or more integrated circuits and/or in one or more integrated circuits in combination with other circuit elements.

FIG. **17** illustrates a more detailed example of various communication networks in which one or more of the herein-described embodiments may be practiced. One or more service providers **101(1)** through **101**(M) communicate with one or more of various content providers **1** through N via network(s) **700**. UEs **200(1)** through **200**(P) communicate with one or more of service providers **101(1)** through **101**(M) via network(s) **700** (e.g., through interactive communications as described above) and receive transmissions over broadcast channels from service providers **101(1)** through **101**(M). As used in connection with this description of FIG. **17**, "M," "N" and "P" are arbitrary numbers that can have any value; M may or may not equal N, N may or may not equal P, and P may or may not equal M. Some of UEs **200(1)** through **200**(P) may only receive communications from and/or interactively communicate with a single service provider, while other UEs may be able to receive from and/or communicate with multiple service providers. Network(s) **700** may include permanent or temporary connections and such connections may be wired or wireless. Communication through network(s) **700** is not limited to the illustrated devices and may include alternative or additional apparatuses such as a home video storage system, a portable audio/video player, a digital camera/camcorder, a positioning device such as a GPS (Global Positioning System) device or satellite, a mobile television, a STB (Set-top Box), a digital video recorder, and the like and in any combination of the aforementioned.

Although shown as a single cloud in FIG. **17** for simplicity, network(s) **700** may in many embodiments include multiple networks that are interlinked so as to provide internetworked communications. Such networks may include one or more

US 7,848,328 B2

**13**

private or public packet-switched networks such as the Internet, one or more private or public circuit-switched networks such as a public switched telephone network, one or more cellular networks configured to facilitate communications to and from UEs **200(1)** through **200(P)** through use of base stations, mobile switching centers, etc., one or more short or medium range wireless communication connection such as a Bluetooth® connection, a UWB (Ultra Wide Band) connection, an infrared connection, a WiBree connection, a wireless local area network (WLAN) according to one or more versions Institute of Electrical and Electronics Engineers standard no. 802.11, or a high-speed wireless data network such as Evolution-Data Optimized (EV-DO) networks, Universal Mobile Telecommunications System (UMTS) networks, Long Term Evolution (LTE) networks or Enhanced Data rates for GSM Evolution (EDGE) networks. Further, UEs **200(1)** through **200(P)** may use various communication protocols for communication through network(s) **700**, such as Internet Protocol (IP), Transmission Control Protocol (TCP), Simple Mail Transfer Protocol (SMTP) among others known in the art.

UEs **200(1)** through **200(P)** may be configured to interact with each other or other devices using various software. In one example, UE **200(1)** may include client software **702** that is configured to coordinate the transmission and reception of information to and from a service provider as described in one or more of the embodiments discussed above. Client software **702** may be stored in memory **704** such as read only or random access memory in UE **200(1)** and may include instructions that cause one or more components (e.g., processor **706**, a transceiver, a display) of UE **200(1)** to perform various functions and methods including those described herein.

In FIG. **17** the network(s) **700** may be operated by one or more network operators. Some or all of those network operators may be different entities than the content providers **1** through N and/or may be different entities than the service provider **101(1)** through **101(M)**. In some embodiments, however, a single entity may act as a service provider and as a network operator, as a service provider and as a content provider, as a service provider, network operator and content provider, etc. ESGs may in various embodiments be provided by the network operators and/or by the service providers **101(1)** through **101(M)**. In some embodiments, the data field in a UDP header identifying a service provider may thus identify a network operator. In some embodiments a network operator may replace service provider identification data in a UDP source port field with data identifying the network operator.

FIG. **18** is a more detailed block diagram of an exemplary UE **200(1)**. As indicated above, UE **200(1)** may include one or more processors **706**. Said processors are communicatively connected to user interface control **708**, memory **704** and/or other storage, and display **710**. UE **200(1)** may further include battery **712**, speaker **714**, microphone **728** and antenna(s) **716**. User interface control **708** may include controllers or adapters configured to receive input from or provide output to a keypad, touch screen, voice interface (microphone), function keys, joystick, data glove, mouse and the like.

Instructions readable and executable by processor **706**, as well as data and other elements may be stored in a storage facility such as memory **704**. Memory **704** may be implemented with any combination of read only memory (ROM) modules or random access memory (RAM) modules, optionally including both volatile and nonvolatile memory. Software **718**, which includes client software **702** shown in FIG. **17**, may be stored within memory **704** to provide instructions

**14**

to processor **706** such that when the instructions are executed, processor **706** and/or other elements of UE **200(1)** are caused to perform various functions or methods such as are described herein. Software may include both applications and operating system software, and may include code segments, instructions, applets, pre-compiled code, compiled code, computer programs, program modules, engines and program logic. Computer executable instructions and data may further be stored on computer readable media including EEPROM, flash memory or other memory technology, CD-ROM, DVD or other optical disk storage, magnetic cassettes, magnetic tape, magnetic storage and the like.

Additionally, UE **200(1)** is configured to receive, decode and process various types of transmissions including digital broadband broadcast transmissions that are based, for example, on the Digital Video Broadcast (DVB) standard, such as NGH, DVB-H, DVB-T2, or DVB-MHP, through service providers. In particular, UE **200(1)** or one or more elements such as broadcast transceiver **722** is configured to receive, decode, and process transmission based on broadcast standards. Similarly, other digital transmission formats may alternatively be used to deliver content and information regarding available services. Additionally or alternatively, UE **200(1)** may be configured to receive, decode and process transmissions through FM/AM Radio transceiver **720**, WLAN transceiver **724**, and telecommunications transceiver **726**. Transceivers **720**, **722**, **724** and **726** may, alternatively, include individual transmitter and receiver components (not shown).

In at least some configurations, some or all of the functionalities of UE **200(1)** and/or of other devices (e.g., computers associated with service provider **101(1)** through **101(N)**) may be implemented in hardware and/or firmware in addition to (or instead of) in software. For example, UE **200(1)** may include one or more integrated circuits (ICs) through which one or more of the hereindescribed methods and features may be implemented. An integrated circuit may, for example, be a microprocessor that accesses programming instructions or other data stored in memory. In at least some other embodiments, one or more methods described herein are hardwired into an IC. In other words, the IC is in such cases an application specific integrated circuit (ASIC) having gates and other logic configured to perform the calculations and other operations described herein. In still other arrangements, the IC may perform some operations based on a combination of the above.

Although examples of carrying out the invention have been described, those skilled in the art will appreciate that there are numerous other variations, combinations and permutations of the above described devices and techniques that fall within the spirit and scope of the invention as set forth in the appended claims. The above description and drawings are illustrative only. The invention is not limited to the illustrated embodiments, and all embodiments of the invention need not necessarily achieve all of the advantages or purposes, or possess all characteristics, identified herein. As used in the claims, "controller" generically refers to any of one or more FPGAs, microprocessors, ICs, ASICs, other types of computational devices, or combinations thereof.

The invention claimed is:

**1**. A method comprising:
mapping, with at least one processor, each of a plurality of data streams related to a specific content to a different component of a service delivering multiple versions of the specific content;

US 7,848,328 B2

**15**

encapsulating each data stream of the plurality into a
stream of packets according to a first communication
protocol, wherein,

as to each of the packet streams, the packets have a value
in a common field identifying the component mapped
to the data stream encapsulated by the packet stream;
and

forwarding the packet streams for transmission in a trans-
mission channel, and wherein

the mapping further comprises assigning a specific value
to each component for a predefined field of a packet
according to a second communication protocol, the
specific value distinguishing the component from
other components, and

the encapsulating comprises encapsulating the packet
streams according to one or more lower layer proto-
cols without encapsulating the packet streams accord-
ing to the second communication protocol.

**2**. The method of claim **1**, wherein

the first communication protocol is a user datagram proto-
col, and

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field.

**3**. The method of claim **2**, wherein the user datagram pro-
tocol source port field of the packets in each of the packet
streams has a value identifying a provider of the service, and
wherein the common field is the user datagram protocol des-
tination port field.

**4**. The method of claim **1**, wherein

the first communication protocol is a user datagram proto-
col,

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field,

the second communication protocol is an internet protocol,
and

the predefined field is one of an internet protocol source
address field and an internet protocol destination address
field.

**5**. A non-transitory machine-readable medium storing
machine-executable instructions configured to perform a
method comprising:

mapping each of a plurality of data streams related to a
specific content to a different component of a service
delivering multiple versions of the specific content;

encapsulating each data stream of the plurality into a
stream of packets according to a first communication
protocol, wherein,

as to each of the packet streams, the packets have a value
in a common field identifying the component mapped
to the data stream encapsulated by the packet stream;
and

forwarding the packet streams for transmission in a trans-
mission channel, and wherein

the mapping further comprises assigning a specific value
to each component for a predefined field of a packet
according to a second communication protocol, the
specific value distinguishing the component from
other components, and

the encapsulating comprises encapsulating the packet
streams according to one or more lower layer proto-
cols without encapsulating the packet streams accord-
ing to the second communication protocol.

**16**

**6**. The non-transitory machine-readable medium of claim
**5**, wherein

the first communication protocol is a user datagram proto-
col, and

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field.

**7**. The non-transitory machine-readable medium of claim
**6**, wherein the user datagram protocol source port field of the
packets in each of the packet streams has a value identifying
a provider of the service, and wherein the common field is the
user datagram protocol destination port field.

**8**. The non-transitory machine-readable medium of claim
**6**, wherein

the first communication protocol is a user datagram proto-
col,

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field,

the second communication protocol is an internet protocol,
and

the predefined field is one of an internet protocol source
address field and an internet protocol destination address
field.

**9**. An apparatus comprising:

at least one processor; and

at least one memory storing instructions, the at least one
memory and stored instructions configured to, with the
at least one processor, cause the apparatus to

map each of a plurality of data streams related to a
specific content to a different component of a service
delivering multiple versions of the specific content;

encapsulate each data stream of the plurality into a
stream of packets according to a first communication
protocol, wherein,

as to each of the packet streams, the packets have a value
in a common field identifying the component mapped
to the data stream encapsulated by the packet stream;
and

forward the packet streams for transmission in a transmis-
sion channel and wherein

the mapping further comprises assigning a specific value
to each component for a predefined field of a packet
according to a second communication protocol, the
specific value distinguishing the component from
other components, and

the encapsulating comprises encapsulating the packet
streams according to one or more lower layer proto-
cols without encapsulating the packet streams accord-
ing to the second communication protocol.

**10**. The apparatus of claim **9**, wherein

the first communication protocol is a user datagram proto-
col, and

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field.

**11**. The apparatus of claim **10**, wherein the user datagram
protocol source port field of the packets in each of the packet
streams has a value identifying a provider of the service, and
wherein the common field is the user datagram protocol des-
tination port field.

**12**. The apparatus of claim **9**, wherein

the first communication protocol is a user datagram proto-
col,

the common field is one of a user datagram protocol des-
tination port field and a user datagram protocol source
port field,

US 7,848,328 B2

17 18

the second communication protocol is an internet protocol, and

the predefined field is one of an internet protocol source address field and an internet protocol destination address field.

**13**. The apparatus of claim **9**, wherein the apparatus is part of a system that comprises a second apparatus, the second apparatus comprising at least one controller configured, upon receiving a transmission of the service, to identify desired components of the service based on values in the common field in packets of the packet streams.

**14**. A method comprising:

receiving, at a user equipment device, a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol; and

identifying desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols;

encapsulating first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols; and

receiving a plurality of distinct specific values, each of the specific values corresponding to a different one of the desired components, and wherein

the encapsulating first communication protocol packets comprises, as to each desired component, inserting the corresponding specific value into a predefined field of a second communication protocol packet.

**15**. The method of claim **14**, wherein

the first communication protocol is a user datagram protocol, and

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field.

**16**. The method of claim **15**, wherein the common field is the user datagram protocol destination port field, further comprising

determining a provider of the service based on a provider-identifying value contained in the user datagram protocol source port field of a user datagram protocol packets in the packet streams.

**17**. A method comprising:

receiving, at a user equipment device, a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol;

identifying desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols;

encapsulating first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field, and

the second communication protocol is an internet protocol.

**18**. The method of claim **17**, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field,

the second communication protocol is an internet protocol, and

the predefined field is one of an internet protocol source address field and an internet protocol destination address field.

**19**. A non-transitory machine-readable medium storing machine-executable instructions for performing a method comprising:

receiving a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol;

identifying desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols;

encapsulating first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols; and

receiving a plurality of distinct specific values, each of the specific values corresponding to a different one of the desired components, and wherein

the encapsulating first communication protocol packets comprises, as to each desired component, inserting the corresponding specific value into a predefined field of a second communication protocol packet.

**20**. The non-transitory machine-readable medium of claim **19**, wherein

the first communication protocol is a user datagram protocol, and

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field.

**21**. The non-transitory machine-readable medium of claim **20**, wherein the common field is the user datagram protocol destination port field, and storing further machine-executable instructions for performing

determining a provider of the service based on a provider-identifying value contained in the user datagram protocol source port field of a user datagram protocol packets in the packet streams.

US 7,848,328 B2

19

20

**22**. A non-transitory machine-readable medium medium storing machine-executable instructions configured to perform a method comprising:

receiving a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol;

identifying desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols; and

encapsulating first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field, and

the second communication protocol is an internet protocol.

**23**. The non-transitory machine-readable medium of claim **22**, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field,

the second communication protocol is an internet protocol, and

the predefined field is one of an internet protocol source address field and an internet protocol destination address field.

**24**. An apparatus comprising:

at least one controller; and

at least one memory storing instructions, the at least one memory and stored instructions configured, with the at least one controller, to cause the apparatus, upon receiving a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol, to

identify desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols,

encapsulate first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols, and

receive a plurality of distinct specific values, each of the specific values corresponding to a different one of the desired components, and wherein the encapsulating first communication protocol packets comprises, as to each desired component, inserting the corresponding specific value into a predefined field of a second communication protocol packet.

**25**. The apparatus of claim **24**, wherein

the first communication protocol is a user datagram protocol, and

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field.

**26**. The apparatus of claim **25**, wherein the common field is the user datagram protocol destination port field, and wherein the at least one controller is further configured to perform operations that include

determining a provider of the service based on a provider-identifying value contained in the user datagram protocol source port field of a user datagram protocol packets in the packet streams.

**27**. An apparatus comprising:

at least one controller; and

at least one memory storing instructions, the at least one memory and stored instructions configured, with the at least one controller, to cause the apparatus, upon receiving a transmission of a service delivering multiple versions of a specific content, the service including a plurality of components, each component corresponding to a distinct data stream related to the specific content, each of the data streams encapsulated into a stream of packets according to a first communication protocol, to

identify desired components of the service based on values in a common field in packets of the packet streams, wherein identifying desired components comprises decapsulating the first communication protocol packets of the packet streams from additional layers of encapsulation according to other communication protocols, and

encapsulate first communication protocol packets from desired component packet streams according to a second communication protocol, wherein the second communication protocol is not one of the other communication protocols, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field, and

the second communication protocol is an internet protocol.

**28**. The apparatus of claim **27**, wherein

the first communication protocol is a user datagram protocol,

the common field is one of a user datagram protocol destination port field and a user datagram protocol source port field,

the second communication protocol is an internet protocol, and

the predefined field is one of an internet protocol source address field and an internet protocol destination address field.

* * * * *