UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant | **Case No. 6:21-cv-01386**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Nimitz Technologies LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  December 30, 2021

George Pazuniak (*PHV* to be filed)
O'Kelly & O'Rourke, LLC
824 N. Market Street
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
gp@del-iplaw.com

Respectfully Submitted

*/s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, TX 78701
Tel/Fax: 512-865-7950

*Attorney for Plaintiff Nimitz Technologies LLC*