# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant | **Case No. 6:21-cv-01386-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE EXTENDING OF TIME TO ANSWER

Pursuant to the Court's June 18, 2021 Amended Standing Order, Plaintiff Nimitz Technologies LLC, hereby files this Notice to respectfully inform the Court that the parties have agreed to extend the deadline for Defendant ViaSat, Inc. to answer or otherwise respond to Plaintiff's complaint from January 27, 2022 to March 13, 2022.

Dated: January 27, 2022

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:

George Pazuniak (*pro hac vice* to be filed)
O'Kelly & O'Rourke, LLC
824 N Market Street
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
gp@del-iplaw.com

**ATTORNEYS FOR PLAINTIFF**