# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>  Plaintiff<br><br>  v.<br><br>**VIASAT, INC.,**<br><br>  Defendant | **Case No. 6:21-cv-01386-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND
## NOTICE OF SETTLEMENT

Plaintiff, Nimitz Technologies LLC files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all unreached deadlines in the case for thirty (30) days.

All matters in controversy between Nimitz Technologies LLC and Viasat, Inc. have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines in the case for thirty (30) days so that appropriate dismissal papers may be submitted.

Counsel for Plaintiff has conferred with counsel for Viasat, Inc. and counsel for Viasat stated it is unopposed to this motion.

Dated: March 14, 2022                    Respectfully submitted,

*[signature]*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:

George Pazuniak (*pro hac vice*)
O'Kelly & O'Rourke, LLC
824 N Market Street
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
gp@del-iplaw.com

ATTORNEYS FOR PLAINTIFF