# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant | **Case No. 6:21-cv-01386-ADA**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration the Unopposed Motion to Stay All Deadlines and Notice of Settlement by Nimitz Technologies LLC. The Court is of the opinion that the motion should be GRANTED, and it is therefore,

ORDERED that the Unopposed Motion to Stay All Deadlines is GRANTED and that the unreached deadlines are hereby stayed for thirty (30) days.

Signed this ____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE