UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant | **Case No. 6:21-cv-01386-ADA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, Nimitz Technologies LLC, hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Nimitz Technologies LLC filed its Complaint in the above-titled action against ViaSat, Inc. on December 30, 2021.

2. ViaSat, Inc. has not served an answer or a motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a dismissal is without prejudice, unless otherwise noted.

5. Accordingly, Nimitz Technologies LLC hereby dismisses this action **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

| | |
|---|---|
| Dated: May 24, 2022 | Respectfully submitted, |

*/s/ R. W. Mort III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:

George Pazuniak (*pro hac vice* to be filed)
O'Kelly & O'Rourke, LLC
824 N Market Street
Suite 1001A
Wilmington, DE 19801
D: 207-359-8576
gp@del-iplaw.com

ATTORNEYS FOR PLAINTIFF